UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the Welfare, Pension and
Annuity Funds of Local No. One, I.A.T.S.E.,

                            Plaintiff,

-against-

NBCUniversal Media, LLC,

                            Defendant.

1:19-cv-02748 (VEC)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 15, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:    New York, New York
              December 6, 2019

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge